# United States Court of Appeals
## for the Federal Circuit

———————————

**ERRATA**

August 31, 2011

———————————

2010-5166

TODD CONSTRUCTION, L.P.,
(formerly known as Todd Construction Co., Inc.),

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no.07-CV-324, Judge George W. Miller.

———————————

Decided:  August 29, 2011

———————————

Please make the following change:

Page 1, change "Matthew H. Solomson, Trail Attorney" to "Matthew H. Solomson, Trial Attorney".